*E-FILED - 5/29/08*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| CHAUNCEY RENEE SIMPSON, | ) | No. C 06-4673 RMW (PR) |
| Petitioner, | ) | **JUDGMENT** |
| vs. | ) | |
| MARGUERITA PEREZ, et al., | ) | |
| Respondent. | ) | |

The court having denied the instant petition for writ of habeas corpus on the merits, judgment is hereby entered in favor of respondent. The clerk shall close the file.

**IT IS SO ORDERED.**

DATED: 5/23/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
G:\pro-se\sj.rmw\hc.06\Simpson673.jud.md